TENTATIVE RULING

ISSUED BY JUDGE CHRISTOPHER B. LATHAM

| | |
|---|---|
| Adversary Case: | Davis et al v. Rajaee et al |
| Bankruptcy Case: | Ashkan Mirfakhr Rajaee and Nassim Rajaee |
| Adversary Number: | 24-90066-CL |
| Bankruptcy Number: | 24-00617-CL7 |
| Hearing: | 03/31/2025 10:00 AM |
| Motion: | PRE-TRIAL STATUS CONFERENCE (fr. 11/25/24) |

The court has considered the parties' status reports (ECF Nos. 13 & 14) and its own docket. It sees that Plaintiff may enter an agreement with Trustee to buy Defendants' appellate rights. *Id*. And the parties ask for a continuance in anticipation of that agreement. *Id*. The court agrees. Good cause appearing, it **continues** the matter to **June 16, 2025 at 10:00 a.m.**, excuses at the March 31, 2025 hearing, and **directs** the parties to file a status report one week before the continued hearing.